UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY D. MAYER, | ) NO. CV 13-7814-DMG(E) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| UNITED STATES OF AMERICA, et al., | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Plaintiff's "Motion to Strike Defendant's [sic] Expert's Declaration" is denied; (2) Plaintiff's "Motion to Strike the Defendant's [sic] Newly Raised Evidence" is denied; (3) the individual Defendants' Motion for Summary Judgment

is granted; and (4) Plaintiff's <u>Bivens</u> claims are dismissed with prejudice. Therefore, the case will proceed only on Plaintiff's claim against Defendant United States under the Federal Tort Claims Act.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and on counsel for Defendants.

DATED: July 15, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE