JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY D. MAYER, | Case No.: CV 13-7814-DMG (Ex) |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE [136] |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Compromise Settlement and Dismissal, IT IS HEREBY ORDERED:

1. Plaintiff's Complaint and the above-captioned action are dismissed with prejudice in their entirety; and

2. Each party shall bear his or its own costs, expenses, and attorney's fees.

3. Plaintiff's Motion for Court Appointed Medical Expert Pursuant to Federal Rules of Evidence [Doc. # 129] is DENIED as moot. All scheduled dates and deadlines are VACATED.

DATED: August 9, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-